■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY CALAN-DRELLI, Appellant. — Judgment unanimously affirmed. Same memorandum as in *People v Meranto* (86 AD2d 776). (Appeal from judgment of Niagara County Court, Hannigan, J. — attempted criminal possession controlled substance, fourth degree.) Present — Dillon, P. J., Simons, Hancock, Jr., Moule and Schnepp, JJ.